## Table 1

| Certain Cases Involving a Period of Confinement Since 2003 | | | | | | |
|---|---|---|---|---|---|---|
| **Defendant Name** | **District** | **Case Number** | **Statute Convicted** | **Sentencing Date** | **Trial/Plea** | **Incarceration** |
| FOX, RANDALL | W.D. Wash. | 16CR00100 | 33 USC 1908(a) | 5/22/2018 | TRIAL | 30 days |
| FAJARDO, EDMON | S.D. Tex. | 18CR00098 | 33 USC 1908(a) | 2/26/2018 | PLEA | 6 mos. Incarceration |
| JULIAN, HERBERT | D.S.C. | 16CR00551 | 33 USC 1908(a); 18 USC 1505; | 8/10/2017 | TRIAL | 1 day |
| KOUTOUKAKIS, PANAGIOTIS | D.S.C. | 16CR00551 | 33 USC 1908(a); 18 USC 1519 | 8/10/2017 | TRIAL | 1 day |
| IGNACIO, RUSTICO Y. | E.D. N.C. | 15CR00108 | 18 USC 371; 18 USC 1001;  18 USC 1505; 18 USC 1512(b)(3); 33 USC 1908(a) | 12/7/2016 | TRIAL | 9 mos. Incarceration |
| SAMSON, CASSIUS F. | E.D. N.C. | 15CR00108 | 18 USC 371; 18 USC 1001; 18 USC 1505; 18 USC 1512(b)(3);33 USC 1908(a) | 12/7/2016 | TRIAL | 12 mos. Incarceration |
| CURATOLO, GIROLAMO | D.N.J. | 16CR00363 | 33 USC 1908(a) | 11/21/2016 | PLEA | 8 mos. Incarceration |
| ANGELOU, TRYFON | W.D. Wash. | 16CR00062 | 18 USC 1001(a)(1); 18 USC 1519; 33 USC 1908(a) | 8/29/2016 | TRIAL | 10 days |
| CHRYSOVERGIS, KONSTANTINOS | W.D. Wash. | 16CR00062 | 18 USC 1519; 33 USC 1908(a); 18 USC 1001(a)(1) | 8/29/2016 | TRIAL | 10 days |
| MUN, JEUNG | D. Haw. | 16CR00247 | 33 USC 1908(a) | 7/27/2016 | PLEA | 1 mos. Home Detention |
| DANCU, DANIEL P. | S.D. Ala. | 15CR00102 | 18 USC 371 | 4/11/2016 | PLEA | 5 days Incarceration |
| CHEN, XIAOBING | S.D. Ala. | 15CR00102 | 18 USC 371; 18 USC 1505; 18 USC 1512(b); 18 USC 1515;  33 USC 1908(a) | 4/7/2016 | TRIAL | 6 mos. Incarceration |
| GAO, BO | S.D. Ala. | 15CR00102 | 18 USC 371; 18 USC 1505; 18 USC 1512(b); 18 USC 1515; 33 USC 1908(a) | 4/7/2016 | TRIAL | 6 mos. Incarceration |
| ZHONG, XIN | S.D. Ala. | 15CR00102 | 18 USC 371; 18 USC 1505; 18 USC 1512(b); 18 USC 1515;  33 USC 1908(a) | 4/7/2016 | TRIAL | 2 mos. Incarceration |
| SIMAGIN, GRIGORII | N.D. Fla. | 15CR00073 | 33 USC 1908(a); 18 USC 1512(b)(3) | 1/28/2016 | PLEA | 10 mos. Incarceration |
| GEORGIEV, VALERII | D.N.J. | 15CR00294 | 33 USC 1908; | 7/8/2015 | PLEA | 3 mos. Incarceration |
| SASSIN, NICHOLAS | D. Or. | 15CR00006 | 33 USC 1908(a) | 4/1/2015 | PLEA | 5 mos. Home Detention |
| SASSIN, NICOLAS | D. Alaska | 15CR00006 | 33 USC 1319(c)(2)(a); | 4/1/2015 | PLEA | 5 mos Home Detention |

| | | | | | | |
|---|---|---|---|---|---|---|
| TUALE, IRENEO T. | D. Md. | 15CR00005 | 33 USC 1908(a) | 3/3/2015 | PLEA | 3 mos. Incarceration |
| VIDAD, NOLY T. | D. Md. | 14CR00005 | 33 USC 1908; | 2/23/2015 | PLEA | 8 mos. Incarceration |
| LEUTERIO, RAMIL | D. Conn. | 14CR00038 | 33 USC 1908(a) | 5/14/2014 | PLEA | 3 mos. Incarceration |
| KATSIPIS, LAMBROS | E.D. Va. | 13CR00070 | 18 USC 1519; 18 USC 1505; 33 USC 1908; | 12/13/2013 | TRIAL | 4 mos. Community Confinement |
| PROKAKIS, IOANNIS | E.D. Va. | 13CR00040 | 18 USC 371; 18 USC 1505; 18 USC 1519; 33 USC 1908(a) | 12/5/2013 | TRIAL | 2 mos. Home Detention |
| SIMPSON, BRETT | W.D. Wash. | 11CR05472 | 33 USC 1321(b)(3); ; 33 USC 1319(c)(2)(a); 33 USC 1321(b)(5); | 3/13/2013 | PLEA | 4 Incarceration; 8 Home Detention |
| POGUE, JAMES | D.D.C. | 11CR00352 | 33 USC 1908; 18 USC 1519 | 1/11/2013 | TRIAL | 30 days Incarceration; 5 mos. Home Detention |
| GONZALEZ, ALEJANDRO | S.D. Fla. | 11CR20868 | 18 USC 1001; 18 USC 1505; | 8/29/2012 | TRIAL | 21 mos. |
| LA FORGIA, VITO | S.D. Ala. | 12CR00057 | 33 USC 1908; | 8/15/2012 | PLEA | 1 Incarceration |
| TAOHIM, PRASTANA | S.D. Ala. | 11CR00368 | 18 USC 1505; 18 USC 1519 | 8/15/2012 | TRIAL | 12 mos, 1 day |
| VONGVICHUANKUL, PAYONG YUT | S.D. Ala. | 11CR00368 | 33 USC 1908; | 7/26/2012 | PLEA | 6 mos. |
| MONSEN, RONALD | D. Alaska | 12CR00027 | 33 USC 1319(c)(1)(a); 33 USC 1321(b)(3); | 6/15/2012 | PLEA | 6 Home Detention |
| DUQUE, EDWIN MENDOZA | M.D. La. | 12CR00035 | 33 USC 1908(a) | 6/12/2012 | PLEA | 1 Day |
| KONSTANTINIDIS, ANDREAS | D. Md. | 11CR00651 | 18 USC 1519 | 12/20/2011 | PLEA | 3 mos. |
| SAMOILENKO, VASSILI | N.D. Cal. | 11CR00786 | 18 USC 1519; 33 USC 1908(a) | 11/15/2011 | PLEA | 3 Community Confinement |
| GRIFAKIS, DIMITRIOS | D. Md. | 11CR00058 | 18 USC 1505; 33 USC 1515; | 6/16/2011 | PLEA | 6 mos. Incarceration |
| CONTAOI, ROBERTO P. | D. Guam | 04CR00007 | 33 USC 1908; | 6/14/2011 | PLEA | 6 mos. |
| PENA, HUGO | S.D. Fla. | 10CR60158 | 33 USC 1001(a)(2); 33 USC 1908(a); 33 USC 1001(a)(2); | 12/20/2010 | TRIAL | 6 mos. Home Detention |
| DUFFINEY, WAYNE | E.D. Mich. | 07CR20501 | 33 USC 1311; 33 USC 1319(c)(2)(a); | 11/16/2010 | TRIAL | 50 mos. |
| LEKKAS, PANAGIOTIS | E.D. La. | 09CR00182 | 33 USC 1908(a); 33 USC 1232; 18 USC 1505; | 10/15/2009 | PLEA | 6 mos. Incarceration, 4 mos. Home Detention |
| PAPADAKIS, DIMITRIOS | D.N.J. | 09CR00130 | 33 USC 1908(a) | 9/1/2009 | PLEA | 1 mo. Home Detention |
| STAMATAKIS, PANAGIOTIS | D.N.J. | 09CR00130 | 33 USC 1908(a) | 9/1/2009 | PLEA | 1 mos. Home Detention |
| KANG, HONG H. | M.D. Fla. | 09CR00163 | 33 USC 1908(a) | 6/5/2009 | PLEA | 3 mos. Home Detention |
| ORIA, CARMELO | D. Mass. | 08CR10274 | 33 USC 1908(a) | 5/6/2009 | PLEA | 1 mos. |

| | | | | | | |
|---|---|---|---|---|---|---|
| LEE, JEONG G. | M.D. Fla. | 09CR00163 | 33 USC 1908(a) | 4/23/2009 | PLEA | 3 mos. Home Detention |
| TUMAKOV, VADYM | D. Mass. | 08CR10253 | 33 USC 1908(a) | 4/13/2009 | PLEA | 1 Week |
| CAVADAS, JOSE | S.D. Tex. | 08CR00393 | 33 USC 1908(a); 33 USC 2;  33 USC 1001(a)(2); | 2/11/2009 | TRIAL | 6 mos. Home Detention |
| RODRIGUES, ANTONIO | S.D. Tex. | 08CR00393 | 33 USC 1908(a); 33 USC 2;  33 USC 1001(a)(2); | 2/11/2009 | TRIAL | 3 mos. Home Detention |
| YANG, HAE WAN | W.D. Wash. | 08CR05686 | 18 USC 1001 | 12/18/2008 | PELA | 2 mos. Home Detention |
| SABANDO, FRANCISCO M. | D.P.R. | 07CR00391 | 18 USC 1505; | 8/22/2008 | PLEA | 5 |
| JOHNSON, WAYNE | W.D. Wash. | 07CR05656 | 16 USC 1372(a)(2)(A); 16 USC 1375(b); 18 USC 371 | 6/30/2008 | BTRD | 5 mos. |
| SILVA, DAMON ANTHONY | S.D. Cal. | 08CR00491 | 33 USC 1311(a); 33 USC 1319(c)(1)(A); | 5/30/2008 | PLEA | 4 mos. Home Detention |
| BACHTEL, DAVID | C.D. Cal. | 05CR00872 | 33 USC 1001(a)(2); | 4/7/2008 | TRIAL | 24 mos. Home Detention |
| PEGRAM, RALPH B. | S.D. Fla. | 07CR20553 | 16 USC 3372(a)(2)(A); 16 USC 3372(a)(4); 16 USC 3372(c)(1); 16 USC 3372(c)(2); 16 USC 3372(d)(1)(B); | 2/29/2008 | PLEA | 12 mos. |
| HUMPHRIES, MARK | D. Md. | 06CR00299 | 18 USC 371; 18 USC 1001; 18 USC 1505; | 1/10/2008 | TRIAL | 6 mos. |
| JUMALON, NICANOR E. | D.P.R. | 07CR00398 | 18 USC 1505; 18 USC 2; | 9/27/2007 | PLEA | 8 mos. Incarceration |
| SABANDO, JR., FRANCISCO M. | D.P.R. | 07CR00391 | 18 USC 1505; 18 USC 2; | 9/20/2007 | PLED | 5 mos. Incarceration |
| MAGNAYE, FERNANDO | D.N.J. | 07CR00264 | 18 USC 1001; 18 USC 1505; | 6/13/2007 | PLEA | 5 mos. Incarceration |
| MARTINEZ-ZAMBRANA, JUAN | D.P.R. | 05CR00388 | 33 USC 1411 | 3/22/2007 | PLEA | 6 mos. Home Detention |
| O, CHANG-SIG | D.N.J. | 06CR00599 | 18 USC 1505; 18 USC 2; | 1/26/2007 | PLEA | 5 mos. Incarceration |
| VAFEAS, IOANNIS GEORGE | C.D. Cal. | 06CR00585 | 33 USC 1908(a) | 11/27/2006 | PLEA | 7 mos. Incarceration |
| REY, RODOLFO ESPLANA | C.D. Cal. | 06CR00315 | 18 USC 1001 | 9/22/2006 | PLEA | 6 mos. |
| NIELSEN, JOHNNIE | N.D. Cal. | 04CR00227 | 18 USC 1519 | 6/8/2006 | PLEA | 4 mos. Home Detention |

| SINGH, MANI | D. Mass. | 05CR10274 | 33 USC 1908(a) | 4/4/2006 | PLEA | 2 mos. Incarceration |
|---|---|---|---|---|---|---|
| NEPOMUCENO, MARIO O. | D. Guam | 04CR00007 | 18 USC 1001 | 12/15/2005 | PLEA | 4 mos. |
| CHALKIAS, ATHANASIOS | E.D.N.Y. | 05CR00750 | 33 USC 1908; | 10/6/2005 | PLEA | 1 mos. Incarceration |
| KOKKINOS, PANAGIOTIS | E.D.N.Y. | 05CR00750 | 33 USC 1908; | 10/6/2005 | PLEA | 1 mos.. Incarceration |
| SULLESTA, ROLAN O. | C.D. Cal. | 04CR01608 | 18 USC 1519 | 4/11/2005 | PLEA | 14 mos. Home Detention |
| KALLIKIS, IOANNIS | C.D. Cal. | 04CR01608 | 18 USC 1512(c); | 4/4/2005 | PLEA | 6 mos. Home Detention |
| GUINTO, EDGARDO A. | C.D. Cal. | 04CR01608 | 18 USC 1519 | 3/24/2005 | PLEA | 2 mos. Incarceration; 6 mos Home Detention |
| KIM, JONG S. | D. Alaska | 04CR00128 | 33 USC 1908(a) | 2/11/2005 | PLEA | 2 mos. Incarceration |
| MCKAY, GEORGE K. | S.D. Fla. | 04CR20072 | 18 USC 371 | 2/4/2005 | PLED | 1 day |
| LEE, JONG C. | D. Alaska | 04CR00123 | 33 USC 1908; | 1/26/2005 | PLEA | 3 mos. Incarceration |
| ARCOLAS, FELIPE B. | D. Me. | 06CR00091 | 18 USC 1001 | 1/12/2005 | PLEA | 1 mo. Home Detention |
| LOZADA, ALFREDO D. | D. Me. | 06CR00091 | 18 USC 1001 | 1/12/2005 | PLEA | 1 mos. |
| GENOVANA, VINCENT B. | W.D. Wash. | 03CR05596 | 18 USC 1519 | 3/31/2004 | PLEA | 1 mos. |
| PENDSE, SHASHANK | D. Or. | 04CR00037 | 33 USC 1908; | 3/26/2004 | PLEA | 1 mos. Incarceration |
| OH, CHUN-DO | W.D. Wash. | 02CR05646 | 18 USC 1001 | 10/18/2002 | PLEA | 12 mos. Incarceration |