# EXHIBIT A

Chief Engineer's Sentenced for MARPOL-Related Violations
January 1, 2008 - April 13, 2016

| | Case Identification | Violations Charged | Judgment Date & ECF No. | Sentence Imposed |
|---|---|---|---|---|
| 1 | USA v. Inigo Albina ED Louisiana, CR 13-73 | 18 U.S.C. § 1505 (instructing subordinates to lie to USCG during MARPOL inspection) | 7/24/2013 ECF No. 31 | Three years probation; $10,000 fine |
| 2 | USA v. Gunduz Avaz MD Florida, CR10-286 | 33 U.S.C. § 1908(a) | 9/7/10 ECF No. 21 | Five years probation; no fine |
| 3 | USA v. Dushko Babukchiev SD Texas, CR08-32 | 18 U.S.C. § 1001 (false entry in ORB) | 2/26/08 ECF No. 32 | Three years probation; no fine |
| 4 | USA v. Bong Seob Bag D Hawaii, CR11-259 | 33 U.S.C. § 1908(a) | 1/12/12 ECF No. 12 | Three years probation; no fine |
| 5 | USA v. Francisco Bagatela MD Florida, CR08-424 | 33 U.S.C. § 1908(a) and 18 U.S.C. § 1001 | 12/11/08 ECF No. 16 | Three years probation on each count, to run concurrently; $1,500 fine |
| 6 | USA v. Patrick Brown D Maryland, CR07-339 | 18 U.S.C. § 371 and six counts 18 U.S.C. § 1001 | 7/3/08 ECF No. 20 | Two years probation with 80 hours community service; $1,000 fine |
| 7 | USA v. Frank Coe D Maryland, CR07-177 | 18 U.S.C. § 371 and 33 U.S.C. §1908(a) | 3/12/08 ECF No. 12 | Two years probation on each count, to run concurrently, with 50 hours community service; $500 fine |

| | Case Identification | Violations Charged | Judgment Date & ECF No. | Sentence Imposed |
|---|---|---|---|---|
| 8 | USA v. Daniel Dancu SD Alabama, CR15-102 | 18 U.S.C. §§ 371, 1519 and 33 U.S.C. §1908(a) | 4/13/16 ECF No. 334 | "FIVE (5) consecutive business days in the United States Marshal's lock-up;" no fine |
| 9 | USA v. Dimitrios Dimitrakis ND California, CR10-552 | 33 U.S.C. § 1908(a) | 9/9/10 ECF No. 36 | Three years probation; $5,000 fine |
| 10 | USA v. Romulo Esperas ED Louisiana, CR11-263 | 18 U.S.C. § 371 (conspiracy to violate 18 U.S.C. § 1519) | 12/13/11 ECF No. 29 | Three years probation; no fine |
| 11 | USA v. Carmelo Giano MD Florida, CR14-508 | 33 U.S.C. § 1908(a) | 2/9/15 ECF No. 25 | One year probation; $5,000 fine |

| Case Identification | Violations Charged | Judgment Date & ECF No. | Sentence Imposed |
|---|---|---|---|
| 12 USA v. Dimitrios Grifakis D. Maryland, CR11-11 | 18 U.S.C. § 1505 (obstruction of the USCG by: making a false ORB; making false statements during investigation; tampering with physical evidence during investigation; directing subordinates to lie); 33 U.S.C. § 1908(a); 18 U.S.C. § 1519; 18 U.S.C. § 1512 (witness tampering); three counts 18 U.S.C. § 1001 | 6/20/11 ECF No. 70 | Six months in custody, with recommendation for "alternative arrangement, such as a halfway house," no fine |
| 13 USA v. Rudolf Hofer SD Texas, CR12-458 | 33 U.S.C. § 1908(a) | 9/13/12 ECF No. 26 | One year probation; $1,000 fine |
| 14 USA v. Mark Humphries D Maryland, CR06-299 | 18:371, 18:1001 (two counts), 18:1512(c), and 33:1908(a) (four counts) | | Six months in custody on each of three counts to run concurrently; $1,000 fine |
| 15 USA v. Nicola Ilijic ED Pennsylvania, CR08-341 | 33 U.S.C. § 1908(a) | 6/18/08 ECF No. 24 | 30 months probation; $5,000 fine. |

-3-

| | Case Identification | Violations Charged | Judgment Date & ECF No. | Sentence Imposed |
|---|---|---|---|---|
| 16 | USA v. Hong Hak Kang MD Florida, CR09-153 | 33 U.S.C. § 1908(a) and 18 U.S.C. § 1001 | 6/5/09 ECF No. 13 | Three years probation on each count, to run concurrently; $1,500 fine |
| 17 | USA v. Stephen Karas D Maryland, CR06-299 | 18 U.S.C. § 371; two counts 18 U.S.C. § 1001; and 18 U.S.C. § 1512 (witness tampering) | 2/28/08 ECF No. 124 | Two years probation each of two counts, to run concurrently; 60 hours community service; $500 fine |
| 18 | USA v. Lambros Katsipis ED Virginia, CR13-70 | 18 U.S.C. § 371; 33 U.S.C. § 1908(a) and 18 U.S.C. § 1519 | 12/13/13 ECF No. 119 | One year probation with four months community confinement; no fine |
| 19 | USA v. Andreas Konstantinidis D Maryland, CR11-651 | 18 U.S.C. § 1519 | 12/20/11 ECF No. 11 | Three months in custody; one year supervised release; no fine |
| 20 | USA v. Vito LaForgia SD Alabama, CR12-57 | 18 U.S.C. § 371 (conspiracy to violate 33 U.S.C. § 1908(a) and 18 U.S.C. § 1519); two counts 18 U.S.C. § 1519; and 33 U.S.C. § 1908(a) | 8/16/12 ECF No. 184 | One month in custody; one year supervised release; no fine |
| 21 | USA v. John Malaki D Maryland, CR 15-617 | 33 U.S.C. § 1908(a) | 1/14/16 ECF No. 14 | "Time served;" $50,000 fine |

| | Case Identification | Violations Charged | Judgment Date & ECF No. | Sentence Imposed |
|---|---|---|---|---|
| 22 | USA v. Triantafyllos Marmaras D Maryland, CR10-248 | 18 U.S.C. § 1505 (obstruction of USCG by making false statements, submitting a false written statement, directing subordinates to withhold information, and presenting a falsified ORB); 18 U.S.C. § 1519; and 18 U.S.C. § 1001 | 9/29/10 ECF No. 14 | Five years probation on each of three counts; $5,000 fine |
| 23 | USA v. Sonoffrio Marquez D Delaware, CR14-34 | 33 U.S.C. § 1908(a) | 8/4/14 ECF No. 7 | Two years probation; no fine |
| 24 | USA v. Michael Murphy ED Louisiana, CR 10-235 | 18 U.S.C. 1001 | 1/25/11 ECF No. 20 | Two years probation; $5,000 fine |
| 25 | USA v. Alfredo Onita ED Pennsylvania, CR08-765 | 18 U.S.C. § 371 (conspiracy to violate 33 U.S.C. § 1908(a)); 33 U.S.C. § 1908(a); | 2/6/09 ECF No. 43 | Three years probation; $500 fine |

| Case Identification | Violations Charged | Judgment Date & ECF No. | Sentence Imposed |
|---|---|---|---|
| 26 USA v. Camelo Oria D Massachusetts, CR 08-10274 | 18 U.S.C. § 371 (conspiracy to violate 33 U.S.C. § 1908(a), 18 U.S.C. § 1519, 18 U.S.C. § 1505, and 18 U.S.C. § 1001); 33 U.S.C. § 1908(a); 18 U.S.C. § 1001 | 5/7/09 ECF No. 143 | One month in custody; two years supervised release; $3,000 fine |
| 27 USA v. James Pogue District of Columbia, CR11-352 | 18 U.S.C. §§ 1519 and 371 (conspiracy to violate 33 U.S.C. § 1908(a)); 33 U.S.C. § 1908(a) | 1/15/13 ECF No. 239 | One month in custody; five months home detention; $6,000 fine |
| 28 USA v. Ioannis Prokakis ED Virginia, CR13-40 | 18 U.S.C. §§ 371, 1519 and 1505; 33 U.S.C. § 1908(a) | 12/6/13 ECF No. 142 | One year probation with 2 months halfway house, concurrent on ten counts; no fine |
| 29 USA v. Robert Racho MD Florida, CR08-390 | 33 U.S.C. § 1908(a) | 12/19/08 ECF No. 27 | One year probation; $1,000 fine |
| 30 USA v. Antonio Rodrigues SD Texas, CR08-393 | 33 U.S.C. § 1908(a); 18 U.S.C. § 1001 | 2/17/09 ECF No. 286 | Five years probation, with condition that defendant "participate in a community treatment center, halfway house or similar facility for a period of three months;" $500 fine |

| | Case Identification | Violations Charged | Judgment Date & ECF No. | Sentence Imposed |
|---|---|---|---|---|
| 31 | USA v. Vassili Samoilenko ND California, CR11-786 | 18 U.S.C. § 1519 (two counts) | 11/22/11 ECF No. 18 | Three years probation, with "the condition of home confinement with credit for time served from 8/11/2011 to 11/14/2011;" no fine |
| 32 | USA v. Nicholas Sassin | 33 U.S.C. § 1908(a) | 4/6/15 ECF No. 21 | Five years probation with 5 months home detention, satisfied by pretrial residence in a motel; no fine |
| 33 | USA v. Deniz Sharpe, D Maryland, CR07-98 | 33 U.S.C. § 1908(a) | | Two years probation with 60 hours community service; $500 fine |
| 34 | USA v. Vaja Sikharulidze ED North Carolina, CR10-32 | 33 U.S.C. § 1908(a) | 8/7/10 ECF No. 18 | One year probation, with condition of "home detention program for a period not to exceed 7 consecutive days;" no fine |
| 35 | USA v. Grigorii Simagen ND Florida, CR 15-73 | 33 U.S.C. § 1908(a); 18 U.S.C. § 1512(b)(3) | 2/5/16 ECF No. 15 | One day, time served; $1,000 fine |
| 36 | USA v. Pangiotis Stamatakis D New Jersey, CR09-130 | 18 U.S.C. § 371 (conspiracy to defraud the U.S., and to violate 33 U.S.C. § 1908(a) and 18 U.S.C. § 1505); 33 U.S.C. § 1908; 18 U.S.C. § 1001; and 18 U.S.C. § 1505 | 9/2/09 ECF No. 122 | Three months probation with condition that defendant be "confined to a Community Corrections Center, Halfway house for a period of 1 month;" no fine |

| | Case Identification | Violations Charged | Judgment Date & ECF No. | Sentence Imposed |
|---|---|---|---|---|
| 37 | USA v. Georgios Stamou ED Louisiana, CR09-186 | 18 U.S.C. § 1001 and 33 U.S.C. § 1908(a) | 11/5/09 ECF No. 19 | Five years probation on each count, to run concurrently; $15,000 fine |
| 38 | USA v. Mihai Suiu SD Georgia, CR08-104 | 18 U.S.C. § 4 ("having knowledge of the actual commission of a felony . . ., to wit: failure to properly maintain the vessel's Oil Record Book, did conceal the same by making misleading statements to Coast Guard officials" etc.) | 7/2/08 ECF No. 25 | Three years probation; no fine |
| 39 | USA v. Pantelis Thomas ND California, CR08-448 | 18 U.S.C. § 371; two counts of 18 U.S.C. § 1001; two counts of 33 U.S.C. § 1908(a); and two counts of 18 U.S.C. § 1519 | 10/31/08 ECF No. 33 | Three years probation, on two counts to run concurrently; $5,000 fine |
| 40 | USA v. Vadym Tumakov D. Massachusetts, CR08-10253 | Two counts of 33 U.S.C. §1908(a) | 4/13/09 ECF No. 17 | One week in custody, on each of two counts, apparently to be served concurrently; $2,000 fine |
| 41 | USA v. Noly Vidad D Maryland, CR 14-505 | 33 U.S.C. § 1908(a); 18 U.S.C. § 1505 | 2/27/15 ECF No. 25 | Eight months in custody; no fine |

| | Case Identification | Violations Charged | Judgment Date & ECF No. | Sentence Imposed |
|---|---|---|---|---|
| 42 | USA v. Payongyut Vongvichianku SD Alabama, CR11-368 | 18 U.S.C. § 1505; 18 U.S.C. § 1519; 18 U.S.C. § 1512; and 33 U.S.C. § 1908(a) | 8/1/12 ECF No. 312 | One year probation, with condition that defendant "participate in the Location Monitoring Program for a period of 180 consecutive days; but credited and satisfied by time served on home confinement thus far."; no fine |
| 43 | USA v. David G. Williams D Hawaii, CR07-376 | 18 U.S.C. § 1505 and 18 U.S.C. § 1001 | 9/15/08 ECF No. 23 | Two years probation with 200 hours community service; $5,000 fine |
| 44 | USA v. John Zacharias SD Texas, CR10-39 | 33 U.S.C. § 1908(a); 18 U.S.C. § 1519 | 11/22/10 ECF No. 29 | Five years probation; $300 fine |