# EXHIBIT C

Case 1:19-cr-00066-RGA   Document 167-3   Filed 04/13/20   Page 2 of 2 PageID #: 3493



Percentage of Increase of Infected People Since 3/20/2020